UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

--------------------------------------------------------X

ALPHA CEPHEUS, LLC
FIRST UNITED HEALTH, LLC,
CONSTELLATION HEALTH, LLC
NAYA CONSTELLATION HEALTH, LLC and
CONSTELLATION HEALTH INVESTMENT,
LLC,

                Plaintiffs,                      Docket No.: 18-cv-14322

      -against-                             ORDER TO SHOW
                                            CAUSE

CHINH CHU,
TRUC TO,
DOUGLAS NEWTON,
JAMES STEPIEN,
VICTOR CARDONA, and
JOHN DOE 1-10,

                Defendants.

--------------------------------------------------------X

      THIS MATTER having been brought before the Court by Plaintiff, through their counsel, by Order to Show Cause seeking a temporary restraining order and preliminary injunction pursuant to federal Rule of Civil Procedure 65 and L.Cv. R. 65.1, and upon the Complaint, Declaration of Timothy C. Parlatore, and Memorandum of Law submitted herewith the Court having determined that good and sufficient reasons exist to proceed by way of Order to Show Cause, and for good cause shown.

      IT IS on this ___ day of October, 2015, **ORDERED** that the Defendants appear and show cause on the ___ day of _____, 2018, before the United States District Court for the District of New Jersey, Hon. _____, at the Martin Luther King Building & U.S. Courthouse, located at 50 Walnut Street, Newark, New Jersey 07101 at _____ o'clock, or as soon thereafter as counsel can be heard, why an Order should not be entered:

1. Preliminarily and permanently enjoining Defendants, their partners, agents, employees, and all persons in active concert or participating with Defendants to stay away from Paul Parmar, Salil Sharma, Kiran Sharma, their minor children, and Elena Sartison (the "protected persons"), refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation, threats, or any criminal offense against the protected persons.

2. Permitting expedited discovery on the limited issue of identification of additional parties involved in the stalking, threatening and harassing of Mr. Parmar and his family, as well as the unlawful access of Mr. Parmar's electronic systems. This includes, but is not limited to, issuing subpoenas, interrogatories and expedited, limited party depositions of the Defendants.

It is further **ORDERED** that pending a hearing and determination of this motion, that the defendants their partners, agents, employees, and all persons in active concert or participating with Defendants to stay away from the protected persons, refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation, threats, or any criminal offense against the protected persons.

It is further **ORDERED** that:

1. A copy of this Order to Show Cause, supporting Declaration of Timothy C. Parlatore, and Memorandum of Law submitted in support of this application, shall be served upon the Defendants by _____, within __ days of the date hereof, in accordance with FRCP 4.
2. The Plaintiff must file with the Court its proof of service on the Defendants no later than three (3) days before the return date.
3. Defendants shall file and serve a written response to this Order to Show Cause and proof of service by _____.
4. The Plaintiff must file and serve any written reply to the Defendants' opposition to the Order to Show Cause by _____.
5. If the Defendants do not file and serve opposition to this Order to Show Cause, the application will be decided on the papers on the return date and relief may be granted by default, provided that the Plaintiff files a proof of service and a proposed form of Order at least three days prior to the return date.

6. If the Plaintiff has not already done so, a proposed form of Order addressing the relief sought on the return date (along with a self-addressed return envelope with return address and postage) must be submitted to the Court no later than three (3) days before the return date.

7. The Court will notify the parties whether it will entertain argument on the return date of the Order to Show Cause in accordance with Local Civil Rule 78.1.

_____

U.S. District Court Judge