# MARLBORO TWP. PD

MT-18-029805  09/11/2018
OFFICER: 134  DAULTON, DEREK

☐ Administrative  ☐ Gang Related
☐ Investigation  ☐ Accident  ☐ Arrests Made  ☐ Suspects

## Incident Report Form

| 1. Log Number | 1a. Incident Number | 1b. File Number | 1c. Case Number | 2. UCR |
|---|---|---|---|---|
| MT-18-029805 | SPECIAL REPT | | | |

| 3. Incident Type | 4. Dispatcher | 5. Source | 6. District | 7. Status |
|---|---|---|---|---|
| SUSPER  SUSPICIOUS PERSON | 814 | P | 3 | NORPT |

| 8. Date Received | 8a. Rcvd | 8b. Disp | 8c. Arrv | 8d. Clrd | 9. Disposition |
|---|---|---|---|---|---|
| 09/11/2018 | 2009 | 2014 | 2032 | 2121 | SPCRPT  SPECIAL REPORT ON FILE |

| INCIDENT OCCURRED AT OR BETWEEN | 8e. Earliest Date and Time | 8f. Latest Date and Time |
|---|---|---|
| | 09/11/2018  1800 | 09/11/2018  1900 |

| 10. Location | 10a. Cross Street | 10b. Intersection |
|---|---|---|
| 38  HARBOR ROAD | RTE 79 END | ☐ |
| MORGANVILLE  NJ  07751 | | |
| | 10c. Gang Code | |

| 11. Premise Code | 12. Business Name |
|---|---|
| FARM  FARM | BAYMAR FARMS |

**13. Modus Operandi Coding**

| | | VICTIM: ADULTF  ADULT FEMALE |
|---|---|---|
| ENTRY: N/A | NOT APPLICABLE | PROPERTY N/A  NOT APPLICABLE |
| EXIT: N/A | NOT APPLICABLE | AREA: FARM  FARM |
| METHOD: N/A | NOT APPLICABLE | TIME OF DAY: EVE  EVENING (5 PM TO 9 PM) |

**14. Caller / Complainant Type**  N - Normal

**15. Involved Persons**  STREET ADDRESS  INVOL  DOB  SSN  R  S  PHONE
Arr DATE  ARREST#  PriCHG  DESCRIPTION  Cnt AddlCHG  DESCRIPTION  PL Cnt Vd

SARTISON, ELENA  GUTTENBERG NJ 07093  CALLER  W  F
Hist: ☐

STEPIEN, JAMES E  CLIFTON NJ 07011  SUSPI  W  M
Hist: ☐

STEPIEN, JAMES E  CLIFTON NJ 07011  VEHCIL  W  M
Hist: ☐

**16. Involved Vehicles**

| A/B  PLATE | STATE | PTYPE | INVOL | YEAR | MAKE | MODEL | COLOR | VIN |
|---|---|---|---|---|---|---|---|---|
| | NJ | PC | OTHER | 2008 | KIA | OP | BL | |
| Insurance Company | | | | | | Policy Number | | |

| 22. Business | NAME | ADDRESS | PHONE #S |
|---|---|---|---|
| 2018 | BAYMAR FARMS | 38 HARBOR ROAD | (732) 591-9600 |
| | | RTE 79 END | (732) 616-8015 |
| | | MORGANVILLE, NJ 07751 | |

**23. Units / Officers / Times**  DIVN  SUPV

Agency Numbers  Units & Times
PD  PD-18-028968  134

| WSIRF-01 | MT-18-029805  09/11/2018 | ☑ APPROVED  BY: 104  ON 09/11/2018 |

| MARLBORO TWP. PD | MT-18-029805 | 09/11/2018 |
|---|---|---|
| ☐ Administrative  ☐ Gang Related | OFFICER: 134 | DAULTON, DEREK |
| ☐ Investigation ☐ Accident ☐ Arrests Made ☐ Suspects | | **Incident Report Form** |

|  |  |  | DISP | 20:14:33 |  |
|---|---|---|---|---|---|
|  |  |  | ARRV | 20:32:07 |  |
|  |  |  | CLRD | 21:21:39 |  |

| 24. Reviews | ID | NAME | DISP | SENT TO | DATE | APV | DATE |
|---|---|---|---|---|---|---|---|
|  | 134 | DAULTON, DEREK |  | 104 | 09/11/2018 2: | ☑ | 09/11/2018 2: |

26. Comments / Narratives            CREATED BY / ON            UPDATED BY / ON

**Police Dispatch**            814        09/11/2018 21:

Input: 814  09/11/2018 20:10:49   Edited: 814  09/11/2018 20:10:49
  CALLER REPORTING A SUBJECT WAS FOLLOWING HER DOWN HARBOR ROAD THEN INTO BAYMAR FARMS

**PATROL COMMENT**        134    09/11/2018 21:    134    09/11/2018 21:

Patrol Comment by: Ptl. Derek Daulton #134

See Special Report.

| WSIRF-01 | MT-18-029805 | 09/11/2018 | ☑ APPROVED | BY: | 104 | ON 09/11/2018 |

| MARLBORO TWP. PD | MT-18-029805   09/11/2018 |
|---|---|
| ☐ Administrative  ☐ Gang Related | OFFICER: 134    DAULTON, DEREK |
| ☐ Investigation  ☐ Accident  ☐ Arrests Made  ☐ Suspects | **Incident Report Form** |

SPECIAL REPORT           134      09/11/2018 21     134      09/11/2018 21

Special Report by: Ptl. Derek Daulton #134

Suspicious Person

09/11/2018 2043 Hours

On the above date at 2014 hours I was dispatched to headquarters for the report of a possible stalking incident that occurred at the Baymar Farms. Upon my arrival I met with the complainant Elena Sartison of Guttenberg New Jersey.

Elena stated that she works at 19 Colts Gaits Lane in Colts Neck taking care of the animals and she boards her horse at the Baymar Farms on Harbor Road and visits the farm daily. On this date at approximately 1830 hours she was driving on Colts Gait Lane in Colts Neck and when she passed Pacer Court, she noticed a black Kia Optima sitting on the street which pulled out behind her. When Elena was on Boundary Road, she pulled over to put her dog into the back seat of her vehicle. Elena stated that she noticed the black Kia also stop on Boundary Road behind her vehicle. Elena continued driving and pulled into Baymar Farms and noticed the vehicle drove past. Approximately 5 minutes later the vehicle pulled down the driveway onto Baymar Farms. At this point, Elena walked over to the vehicle and told the driver to roll down his window. The driver refused to roll down the window, didn't say anything, but he smiled and laughed at her, then quickly drove out of the farm and left. Elena was able to take a picture of the vehicle's plate which was: NJ ███████

Elena described the subject as a white male, approximately 30 years old, tall stocky build, bald with possibly blue eyes wearing a white long sleeved shirt with blue stripes.

The vehicle comes back to a 2008 black Kia Optima registered to: James E. Stepien 35 out of Clifton New Jersey, the Driver's License photo matches the description.

Elena stated that she is confident she has never seen this individual before, and does not believe this to be any kind of road rage incident. Elena has been living in the country for 4 years and stated she does not know many people and definitely does not know this individual.

Elena filled out a written statement form and I advised her that if she sees this individual or the vehicle again to contact the police.

Nothing further at this time.

| WSIRF-01 | MT-18-029805 | 09/11/2018 | ☑ APPROVED | BY: | 104 | ON 09/11/2018 |