# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

CHARLES C. CARELLA
BRENDAN T. BYRNE
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)
ELLIOT M. OLSTEIN (1939-2014)

JAMES T. BYERS
DONALD F. MICELI
A. RICHARD ROSS
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
LINDSEY H. TAYLOR
CAROLINE F. BARTLETT

**5 BECKER FARM ROAD**
**ROSELAND, N.J.  07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
AVRAM S. EULE
CHRISTOPHER H. WESTRICK*
JAMES A. O'BRIEN  III**
―――
OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY AND MA BARS ONLY

RAYMOND J. LILLIE
WILLIAM SQUIRE
STEPHEN R. DANEK
DONALD A. ECKLUND
MEGAN A. NATALE
ZACHARY S. BOWER+
MICHAEL CROSS
CHRISTOPHER J. BUGGY
JOHN V. KELLY III
MICHAEL A. INNES

+MEMBER FL BAR ONLY

October 19, 2018

**VIA ECF**

Honorable Madeline Cox Arleo
United States District Judge
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

    Re: *Alpha Cepheus, LLC, et al. v. Chinh Chu, et al.,*
       Civil Action No. 18-cv-14322 (MCA) (MAH)

Dear Judge Arleo:

  I write regarding the Order to Show Cause filed today in the above-referenced action.  This firm is counsel for Defendants Chinh Chu and Douglas Newton.  We are working with Eric Brenner of the Boies Schiller firm and will be filing a pro hac motion on his behalf shortly.

  The Order to Show Cause application makes a variety of extraordinary and salacious accusations.  This is not the time to address all the substantive or procedural infirmities with these claims, including that the application is brought regarding purported harassment of an individual, Paul Parmar, who is not a Plaintiff in the above-captioned case.  But there should be no doubt from the outset that Messrs. Chu and Newton unequivocally deny that they or anyone acting at their direction ever unlawfully harassed or threatened violence against Mr. Parmar or his family, or contacted Mr. Parmar to coerce him to take a plea in his criminal case.  Like the Plaintiffs' underlying RICO action, these claims are a brazen effort by Mr. Parmar to distract attention from the criminal charges that the United States Attorney's Office is pursuing against him in this District pursuant to the attached Criminal Complaint.

  We are happy to brief these issues and file an opposition brief by Wednesday, October 24, 2018.  We respectfully submit that the Court should not entertain Plaintiffs' request for discovery prior to having an opportunity to first review our response papers.

Honorable Madeline Cox Arleo
October 19, 2018
Page 2

      We would also be happy to appear for a conference to discuss these matters if the Court thinks it would be useful.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

*s/ James E. Cecchi*

JAMES E. CECCHI

Encl.
Cc:  Eric Brenner, Esq.