UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
ALPHA CEPHEUS, LLC
FIRST UNITED HEALTH, LLC,
CONSTELLATION HEALTH, LLC
NAYA CONSTELLATION HEALTH, LLC and
CONSTELLATION HEALTH INVESTMENT,
LLC,

                Plaintiffs,                          Docket No.: 18-cv-14322

    -against-                                 STIPULATION

CHINH CHU,
TRUC TO,
DOUGLAS NEWTON,
JAMES STEPIEN,
VICTOR CARDONA, and
JOHN DOE 1-10,

                Defendants.
-----------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED** between Plaintiffs and Defendants VICTOR CARDONA and/or JAMES STEPIEN, that the Defendants time to answer the complaint or file a pre-answer motion is hereby extended to December 10, 2018.

Dated: October 21, 2018

| | |
|---|---|
| PARLATORE LAW GROUP LLC<br>*Counsel for the Plaintiffs*<br>221 River St., 9th floor<br>Hoboken, NJ 07030 | LAW OFFICES OF HUGO R. HARMATZ, P.C.<br>*Counsel for Defendants Cardona and Stepien*<br>415 Route 34, Suite 104<br>Colts Neck, NJ 07722 |
| By: _____<br>Timothy C. Parlatore, Esq. | By: _____<br>Hugo R. Harmatz, Esq. |