# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

**COUNSELLORS AT LAW**

---

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | | PETER G. STEWART |
| BRENDAN T. BYRNE | DONALD F. MICELI | | FRANCIS C. HAND |
| JAN ALAN BRODY | A. RICHARD ROSS | **5 BECKER FARM ROAD** | AVRAM S. EULE |
| JOHN M. AGNELLO | CARL R. WOODWARD, III | **ROSELAND, N.J. 07068-1739** | CHRISTOPHER H. WESTRICK* |
| CHARLES M. CARELLA | MELISSA E. FLAX | **PHONE (973) 994-1700** | JAMES A. O'BRIEN III** |
| JAMES E. CECCHI | DAVID G. GILFILLAN | **FAX (973) 994-1744** | |
| | G. GLENNON TROUBLEFIELD | www.carellabyrne.com | OF COUNSEL |
| JAMES D. CECCHI (1933-1995) | BRIAN H. FENLON | | |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | *CERTIFIED BY THE SUPREME COURT OF |
| ELLIOT M. OLSTEIN (1939-2014) | CAROLINE F. BARTLETT | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| | | | **MEMBER NY AND MA BARS ONLY |

RAYMOND J. LILLIE
WILLIAM SQUIRE
STEPHEN R. DANEK
DONALD A. ECKLUND
MEGAN A. NATALE
ZACHARY S. BOWER+
MICHAEL CROSS
CHRISTOPHER J. BUGGY
JOHN V. KELLY III
MICHAEL A. INNES

+MEMBER FL BAR ONLY

November 1, 2018

*Via ECF*
Honorable Madeline Cox Arleo
United States District Judge
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

      Re:    *Alpha Cepheus, LLC, et als. v. Chinh Chu, et al.*
              Civil Action No. 18-cv-14322 (MCA) (MAH)

Dear Judge Arleo:

      We, together with co-counsel Boies Schiller Flexner LLP, are co-counsel for Defendants Chin Chu and Douglas Newton.

      I write in response to the October 31 letter of Mr. Parlatore in the above-referenced matter, which uses the excuse of addressing procedural issues relating to Defendants Cardona and Stepien to rehash baseless accusations against my client, Chinh Chu, in a blatant attempt to prejudice the Court against my clients. Notwithstanding these accusations, Plaintiffs do not seek any relief. If they do, Mr. Chu will again show that Plaintiffs' attacks on him lack merit and badly distort the facts.

                          Respectfully submitted,

                          CARELLA, BYRNE, CECCHI,
                        OLSTEIN, BRODY & AGNELLO

                            */s/ James E. Cecchi*

                            JAMES E. CECCHI

JEC/ljt