# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| JAN ALAN BRODY | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | STEPHEN R. DANEK |
| JOHN M. AGNELLO | CARL R. WOODWARD, III | **FAX (973) 994-1744** | CHRISTOPHER H. WESTRICK* | DONALD A. ECKLUND |
| CHARLES M. CARELLA | MELISSA E. FLAX | **www.carellabyrne.com** | JAMES A. O'BRIEN III** | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | ZACHARY S. BOWER+ |
| | G. GLENNON TROUBLEFIELD | | OF COUNSEL | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | BRIAN H. FENLON | | | CHRISTOPHER J. BUGGY |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | *CERTIFIED BY THE SUPREME COURT OF | JOHN V. KELLY III |
| ELLIOT M. OLSTEIN (1939-2014) | CAROLINE F. BARTLETT | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | MICHAEL A. INNES |
| | | | **MEMBER NY AND MA BARS ONLY | |
| | | | | +MEMBER FL BAR ONLY |

November 1, 2018

**<u>Via Electronic Filing</u>**

Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Jr. Federal Building
  and Courthouse
50 Walnut Street – 2nd Floor
Newark, New Jersey  07102

> **Re:**   *Alpha Cepheus, LLC, et als. v. Chinh Chu, et al.*
>         **Civil Action No. 18-cv-14322 (MCA) (MAH)**

Dear Judge Hammer:

    We, together with co-counsel Boies Schiller Flexner LLP, are co-counsel for Defendants Chin Chu and Douglas Newton.  On October 24, 2018, Messrs. Chu and Newton moved to admit *pro hac vice* Eric J. Brenner, Julian M. Beach, and Joseph Alm.  We write today to advise the Court that Timothy Parlatore, counsel for Plaintiff, consents to the admission of Mssrs. Brenner and Beach, but has indicated that he intends to submit a response regarding Mr. Alm.

    Thank you for your attention to this matter.  If the Court has any questions, we are available at your convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

JAMES E. CECCHI

#659894