<u>**CLOSING**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALPHA CEPHEUS, LLC, et al., *Plaintiffs*, v. CHINH CHU, et al., *Defendants*. | Civil Action No. 18-14322 ORDER |

**ARLEO, UNITED STATES DISTRICT JUDGE**

**THIS MATTER** comes before the Court on Defendants Chinh Chu's ("Chu"), Douglas Newton's ("Newton") and Truc To's ("To") (collectively "Defendants") Motions to Dismiss, ECF Nos. 70 & 71, Plaintiffs Paul Parmar ("Parmar") and Alpha Cepheus, LLC's, First United Health, LLC's, Constellation Health, LLC's, Naya Constellation Health, LLC's, Constellation Health Investment, LLC's Amended Complaint, ECF No. 65;

and for reasons set forth in the accompanying Opinion;

**IT IS** on this 20th day of December, 2019,

Defendants' Motions to Dismiss, ECF Nos. 70, 71 are **GRANTED** and this action is **DISMISSED**; and it is further

**ORDERED** that the matter is **CLOSED**.

    *s/ Madeline Cox Arleo*
**HON. MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**